[Civil No. 164.   Filed May 31, 1886.]

[S. C. sub nom. *Burter* v. *County of Pima,* 11 Pac. 62.]

## GEORGE W. BARTER, Plaintiff and Respondent, v. THE COUNTY OF PIMA, Defendant and Appellant.

1. APPEAL AND ERROR—SUBSTANTIAL CONFLICT IN EVIDENCE.—Where there is a substantial conflict in the evidence the judgment of the trial court will not be reversed on the ground that the evidence does not warrant it.

APPEAL from a judgment of the County Court in and for the County of Pima. Affirmed.

Hereford & Lovell, for Appellant.

Hoover, King & Satterwhite, and Haynes & Styles, for Respondent.

PORTER, J.—The cause was tried by the court without intervention of a jury. Judgment was rendered for the plaintiff. From the judgment, and from an order denying motion

for new trial, defendant appealed. The evidence as to value of the services for printing the delinquent list, for which this action was brought, varied very materially. It was the province of the judge to determine the value; and it is well established that where there is a substantial conflict the judgment will not be reversed on the ground that the evidence does not warrant it. *Passim.*

Judgment and order denying motion for new trial affirmed.

Shields, C. J., and Barnes, J., concur.